**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————

**No. 14-7459**

——————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

VAUGHNTA MARKEES JONES,

                Defendant - Appellant.

——————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Cameron McGowan Currie, Senior District Judge. (0:06-cr-01169-CMC-1; 0:13-cv-01642-CMC)

——————

Submitted: January 22, 2015        Decided: January 27, 2015

——————

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

——————

Affirmed by unpublished per curiam opinion.

——————

Vaughnta Markees Jones, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

——————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vaughnta Markees Jones appeals the district court's order denying the Fed. R. Civ. P. 60(b) motion for reconsideration filed in Jones' 28 U.S.C. § 2255 (2012) proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jones, Nos. 0:06-cr-01169-CMC-1; 0:13-cv-01642-CMC (D.S.C. Sept. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED